In The United States District Court
for The Eastern District of Oklahoma

Frederick M. WestBrook,

vs.

Joseph Norwood, Et. Al.,

Case No. CIV-23-275-JFH-GLJ

FILED
FEB 25 2026
BONNIE HACKLER
Clerk, U.S. District Court
By: _____
Deputy Clerk

## CHANGE OF ADDRESS

I, hereby notify the Clerk of the Court that my **PREVIOUS ADDRESS** at:

Holdenville - DCF  6888 E 133rd
Holdenville, OK  74848

I designate the address listed below as the **NEW** and proper present address for all communications to me regarding this case:

Frederick M. WestBrook #756209
Great Plains Correctional Center
P.O. Box 700  Hinton, OK 73047

If my mailing address changes in the future, I will promptly notify the clerk of the Court of my new address in writing. I understand that all future communications will be sent only to the address furnished by me on this form.

/s/ Frederick Westbrook
(signature)

Frederick M. Lightbrown #786209
Great Plains Correctional Center EA-02
P.O. Box 700 Hinton, OK 73047

OKLAHOMA CITY OK 730
23 FEB 2026 PM 6 L

RECEIVED

FEB 25 2026

BONNIE ___
Clerk, U.S. District Court

By _____
Deputy Clerk

LEGAL MAIL

In the United District Court
for the Eastern District of Oklahoma
P.O. Box 607
Muskogee, OK 74402

74402-060707