# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF OKLAHOMA

FREDERICK M. WESTBROOK,

**Plaintiff,**

vs.

**Case No. CIV-23-275-JFH-GLJ**

JOSEPH NORWOOD, et. al.,

**Defendants.**

---

## DEFENDANTS' EXHIBIT LIST

---

COMES NOW Defendants by and through their attorney of record, Darrell L. Moore, OBA# 6332 and submit this exhibit list in the above captioned action. Discovery is continuing and Defendants reserve the right to amend this list.

| No. | Description |
|---|---|
| 1. | Plaintiff Westbrook's OKDOC medical records |
| 2. | Plaintiff Westbrook's OKDOC incarceration records |
| 3. | Plaintiff Westbrook's administrative remedies filings at the Davis Correctional Facility during 2022 and 2023 (facility now known as Allen Gamble Correctional Facility), to include 2023-1001-0065-G, 2023-1001-00189-G, 2023-1001-00213-G, 2023-1001-00236-G, 2023-1001-00237-G, 2023-1001-00238-G. |
| 4. | Plaintiff Westbrook's administrative remedies filings and appeals, if any, to the Oklahoma DOC Director's Designee at the Administrative Review Authority and the Medical Review Authority during 2022 and 2023. |
| 5. | Inmate Housing History Report, Frederick Westbrook, OKDOC #756209. |
| 6. | Photographs of the DCF medical clinic and housing units where Plaintiff Westbrook was housed during 2023. |
| 7. | OKDOC Policy OP-090124 Inmate/Offender Grievance Process. |
| 8. | OKDOC and CoreCivic medical services policies. |
| 9. | Correctional Services Contract between State of Oklahoma Department of Corrections and CoreCivic effective during 2022 and 2023. |
| 10. | Any and all records received/identified through Discovery – (document production, depositions) and not otherwise objected to by the Plaintiff. |

[1]

| | | |
|---|---|---|
| 11. | Any and all records necessary for rebuttal of Plaintiff's testimony and Plaintiff's witnesses. | |
| 12. | All exhibits listed by Plaintiff and not objected to by Defendant. | |

Respectfully submitted,

DARRELL L. MOORE, OBA #6332
J. RALPH MOORE, P.C.
P.O. BOX 368
PRYOR, OK  74362
(918) 825-0332
(918) 825-7730 fax
darrellmoore@jralphmoorepc.com
Attorney for Defendants

### Certificate of Service

I hereby certify that on the 3rd day of March 2026, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing.  Based on the records currently on file, the Clerk of Court will transmit a Notice of Electronic Filing to the following ECF registrants:


I hereby certify that on the 3rd day of March 2026, I served the attached document by regular US Mail on the following, who are not registered participants of the ECF System:

Frederick M. Westbrook #756209
Great Plains Correctional Center
P.O. Box 700,
Hinton, OK 73047

DARRELL L. MOORE

[2]