**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF OKLAHOMA**

**FREDERICK M. WESTBROOK,**

**Plaintiff,**

**vs.**                                                    **Case No. CIV-23-275-JFH-GLJ**

**JOSEPH NORWOOD, et. al.,**

**Defendants.**

**DEFENDANTS' WITNESS LIST**

COME NOW Defendants Norwood, Brown, Lysinger, Brewer and Devine, by and through their attorney of record, Darrell L. Moore, OBA# 6332 and submits their witness list in the above captioned action. Defendants reserve the right to amend this list because discovery is ongoing.

WITNESSES:

| No. | | Testimony |
|---|---|---|
| 1. | Joe Norwood, Warden c/o Defendants' counsel | Mr. Norwood was Warden at the Davis facility during the time outlined by Plaintiff. He is expected to testify about the prison facility's policies, operations, staffing, training, and supervision of staff and inmates. He will also testify regarding Plaintiff's institutional history and the facility's responses to requests to staff and grievances submitted by Plaintiff. |
| 2. | Jamie Lysinger, Health Services Administrator, c/o Defendants' counsel | Mrs. Lysinger was the Health Services Administrator during the time of the Plaintiff's allegations. She is expected to testify about the prison medical administrative remedies policy and procedures, the facility's medical policies, operations, inspections, staffing, training, and supervision of staff and inmates. And she is expected to testify regarding the medical care provided to Plaintiff. |

| | | |
|---|---|---|
| 3. | Nurse Sheila Devine, LPN, c/o Defendants' counsel | Nurse Devine was a Licensed Practical Nurse at Davis Correctional Facility during the time of which Plaintiff complained.  She is expected to testify about any interaction she had with the Plaintiff as well as the prison facility's medical policies, operations and standard business practices. |
| 4. | Kimberly Lasater, LPN, c/o Defendants' counsel | Nurse Lasater was a Licensed Practical Nurse at Davis Correctional Facility during the time of which Plaintiff complained. She is expected to testify about any interaction she had with the Plaintiff as well as the prison facility's medical policies, operations and standard business practices. |
| 5. | Serena Brewer, NP, c/o Defendants' counsel | Serena Brewer was a Nurse Practitioner at Davis Correctional Facility during the time of which Plaintiff complained. She is expected to testify about any interaction she had with the Plaintiff as well as the prison facility's medical policies, operations and standard business practices. |
| 6. | Kevin Brown, Chief of Security, c/o Defendants' counsel | Mr. Brown was the Chief of Security at the Davis prison facility during the time of which Plaintiff complained.  He is expected to testify about the prison facility's policies, security operations, staffing, training, and supervision of staff and inmates and any interaction he had with Plaintiff. |
| 7. | Terry Underwood, c/o Defendants' counsel | Ms. Underwood was posted as the facility's grievance coordinator during 2023. She is expected to testify about the facility's Oklahoma DOC administrative remedies process and Plaintiff's utilization of the process and procedures. |
| 8. | Marty Garrison, c/o Defendants' counsel | Mr. Garrison was the facility Investigator.  He is expected to testify about the allegations of Plaintiff, records at the facility and processes and procedures at Davis Correctional Facility during the time related to the Plaintiff's allegations. |

| | | |
|---|---|---|
| 9. | Mark Knutson, c/o Oklahoma DOC | Mr. Knutson was the Administrative Review Authority/OK DOC Director's Designee for administrative remedies during 2023. He is expected to testify about the Oklahoma DOC administrative remedies process and Plaintiff's utilization of the process and procedures. |
| 10. | Stacey Sullivan, c/o Oklahoma DOC | Ms. Sullivan is currently the Administrative Review Authority/OK DOC Director's Designee for administrative remedies. She is expected to testify about the Oklahoma DOC administrative remedies process and records submitted to OK DOC ARA by Plaintiff re this matter. |
| 11. | All witnesses listed by Plaintiff and not objected to by Defendants | |
| 12. | All witnesses necessary for the purposes of authentication. | |
| 13. | All witnesses necessary for the purposes of rebuttal. | |
| 14. | All witnesses necessary for the purposes of impeachment. | |

Respectfully submitted,

DARRELL L. MOORE, OBA #6332
P.O. BOX 368
PRYOR, OK  74362
(918) 825-0332/7730 fax
darrellmoore@jralphmoorepc.com
Attorney for Defendants

## Certificate of Service

☑ I hereby certify that on the 6th day of February 2026, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing. Based on the records currently on file, the Clerk of Court will transmit a Notice of Electronic Filing to the following ECF registrants:

Frederick M. Westbrook #756209
Great Plains Correctional Center
P.O. Box 700,
Hinton, OK 73047

I hereby certify that on the 6th day of February 2026, I served the attached document by regular US Mail on the following, who are not registered participants of the ECF System:


DARRELL L. MOORE